THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10-cv-00087-MR
(CRIMINAL CASE NO. 1:07-cr-00036-MR-1)

| KEVIN M. LEITE, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | **O R D E R** |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court upon Petitioner's "Motion Pursuant [to] Civil Rule 15(c)(2) to Amended [sic] or Supplement Petition" [Doc. 4].

Petitioner's § 2255 petition was denied by an Order of this Court entered August 9, 2010. [Doc. 2]. Petitioner cannot amend a pleading that is no longer pending.

Accordingly, **IT IS, THEREFORE, ORDERED** that Petitioner's Motion [Doc. 4] is **DENIED**.

**IT IS SO ORDERED.**

Signed: May 15, 2014

Martin Reidinger
United States District Judge